IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARRELL DAMME, <br><br> Defendant. | 4:25CR3017 <br><br> **FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 91). Having reviewed the record in this case, the Court finds as follows:

1. On August 11, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $2,935.00 United States currency and $231.00 United States currency. (Filing No. 65).

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on August 12, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on October 15, 2025. (Filing No. 90).

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. Plaintiff's Motion for Final Order of Forfeiture (Filing No. 91) is granted;

2. All right, title and interest in and $2,935.00 United States currency and $231.00 United States currency seized from the Defendant on October 21, 2024 and October 22, 2024, held by any person or entity are forever barred and foreclosed;

3. The Government is directed to dispose of that currency in accordance with the law.

Dated this 16th day of October, 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge